

FILED '10 SEP 30 14:04 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DAVID MICHAEL CORNEILLE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>Defendant. | Civil No. 6: 09-cv-757-HO<br><br><br>[~~PROPOSED~~] ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,323.11 shall be awarded to Plaintiff, pursuant to the parties' stipulation. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Richard Sly, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

DATED this 30th day of SEPT. 2010.

Michael R. Hogan
MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE

Page 1     ORDER - [6: 09-cv-757-HO]

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3858
Of Attorneys for Defendant